IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JENNIFER D. ALDEA-TIRADO<br><br>Plaintiff<br><br>v.<br><br>PricewaterhouseCoopers LLP<br><br>Defendant | Case No.: 21-cv-01525 (JAG)<br><br><br>Title VII: Employment Discrimination<br>         Retaliation<br><br>Supplemental Jurisdiction<br><br>Jury Trial is Demanded. |

**PLAINTIFF'S INFORMATIVE MOTION
And REQUEST TO WITHDRAW
MOTION TO ALTER OR AMEND JUDGMENT [ECF 35]**

**TO THE HONORABLE COURT:**

NOW COMES **JENNIFER D. ALDEA-TIRADO**, through the undersigned attorney and most respectfully ALLEGES, SETS FORTH and PRAYS:

1. The parties have entered a Settlement Agreement reaching closure to the instant controversy.

2. For this reason, plaintiff respectfully requests to order the withdrawal of her yet unresolved Motion to Alter or Amend Judgment filed on May 19, 2024. [ECF 35]

3. For the above stated reasons, Plaintiff Jennifer Aldea-Tirado most respectfully requests that this Honorable Court to be informed of the above-stated and order the withdrawal of Plaintiff's Motion to Alter or Amend Judgment. [ECF 35].

**WHEREFORE,** Plaintiff Jennifer Aldea-Tirado most respectfully requests that this Honorable Court is informed of the above-stated and ORDER the withdrawal of Plaintiff's Motion to Alter or Amend Judgment. [ECF 35].

**I HEREBY CERTIFY** that the foregoing document was filed with the Clerk of the Court using CM/ECF system, which will automatically send notification of such filing to counsel of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of November, 2024.

S/ *Maricarmen Almodovar-Diaz*
Maricarmen Almodovar-Diaz
USDC-PR: 204406
P.O. Box 363871
San Juan, PR 00936-3871
787-233-3306
Email: malmodovarlaw@gmail.com
